**SCOTT RICE OF KANSAS CITY, INC., Appellant,**

v.

**APPLIED RESOURCES, INC., Respondent.**

No. WD 50632.

Missouri Court of Appeals, Western District.

Oct. 24, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 5, 1995.

Appeal from the Circuit Court of Jackson County; Gack E. Gant, Judge.

Rodger J. Walsh, Independence, for appellant.

Gregory L. Musil, Kansas City, for respondent.

Before SPINDEN, P.J., SMART, J., and TURNAGE, Senior Judge.

Appeal by Scott Rice, Inc. of a judgment entered on a counterclaim filed by Applied Resources, Inc. in the amount of $45,753.53 for breach of contract.

The judgment is affirmed. Rule 84.16(b).